**Order entered July 6, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01308-CR
No. 05-14-01309-CR

**GERARDO DELACRUZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F13-21654-R, F12-22418-R**

## ORDER

Appellant's June 30, 2015 motion to accept brief tendered is **GRANTED**. Appellant's brief tendered to the Clerk of the Court on June 30, 2015 is **DEEMED** timely filed on the date of this order.

/s/      LANA MYERS
JUSTICE